IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

FEB 06 2025

LAURA A. AUSTIN, CLERK
BY: HBeeson
    DEPUTY CLERK

Jones
District Judge
(Assigned by Clerk's Office)

Sargent
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:25CV85
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Gilford Lee
Plaintiff Name

1937321
Inmate No.

v.

S. Chatt - Correctional Officer
Defendant Name & Address

V.A. D.O.C. Chadwick S. Dotson
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*********************************************************************

A. **Where are you now?** Name *and* Address of Facility:

Wallens Ridge State Prison, P.O. Box 759
Big Stone Gap Va. 24219

B. Where did this action take place?

Wallens Ridge State Prison

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes ____ No

If your answer to A is Yes, answer the following:

1. Court: State
2. Case Number: N/A

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes ____ No

1. If your answer is Yes, indicate the result:

Unfounded

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On May 9, 2024 Officer S. Chutt slamed my left wrist in the trey slot between 5:00 AM - 8:10 AM

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Plaintiff seeks $200,000.00 TWO Hundred Thousand Dollars and transfer out of the Western District. Punitive and Compensatory damages.

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: August 6, 2024   SIGNATURE: /s/ Gilford Lee

VERIFICATION:

I, Gilford Lee, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: August 6, 2024   SIGNATURE: /s/ Gilford Lee

1-3-25

DAVID GARDNER
NOTARY PUBLIC
REG. #00276199
MY COMMISSION EXPIRES
3/31/2028
COMMONWEALTH OF VIRGINIA

Notary /s/ David Gardner

## In THE United States District Court For The Western District of Virginia

Gilford Lee #1937321
  Plaintiff(s)

Case # 7:25CV85

V.

S. Chatt - Corr. Officer
  Defendant(s)

### Plaintiff's Eighth Amendment Complaint

Plaintiff, Gilford Lee, for plaintiff eighth amendment complaint against correctional officer S. Chatt, for cruel and unusual punishments by the use of excessive force.

### Jurisdiction And Venue

1) This court has jurisdiction over this action under Civil Rights Act, 42 U.S.C. Section 1983.

2) Venue properly lies in this district pursuant to U.S.C section 1983, because the events given rise to this cause of action occurred at Wallens Ridge State Prison in Big Stone Gap VA, which is located within the Western District of VA.

## Parties

3) Plaintiff "Gilford Lee" is and was at all times relevant hereto, an incarcerated person in the custody of the state department of Corrections (WRSP). At the time of the events relevant hereto "Lee" was incarcerated Wallens Ridge state Prison. "Lee" is currently incarcerated at Wallens Ridge state Prison. (WRSP)

4) Defendant at "Wallens Ridge state Prison. Correctional Officer S Chatt is employed by the Department of Corrections by the Commonwealth of Virginia.

## Previous Lawsuits By Plaintiff

5) Plaintiff has one other complaint dealing to or with the same facts involved in this cause of action.

6) Plaintiff has exhausted all of his administrative remedies.

## Facts

7) On May 9, 2034 between 5:00A.M - 5:10AM while Plaintiff was waiting for the breakfast trays to be picked up.

8) Plaintiff and officer S. Chatt, the defendant had some words about Plaintiff requesting the phone due to the fact that the night before plaintiff was not able to get the phone, and the Sgt. told Plaintiff he would make sure plaintiff got the phone in the morning.

9) Officer s Chitt, the defendant noticed that plaintiff's tray slot was opened and tried to close it.

10) Plaintiff told the defendant that plaintiff was not going to allow the defendant to close the tray slot unless the defendant got the phone or the area sgt.

11) Plaintiff had his hand positioned so the defendant could not close the tray slot. The defendant told the plaintiff to "move your fucking hand".

12) When plaintiff did not move fast enough for the defendant, the defendant tried to slam the tray slot closed forcefully more then a few times.

13) Due to plaintiffs hand blocking the slot from closing the defendant slamed the slot on plaintiffs left wrist a few times with agression and force.

14) When defendant relized that plaintiff did not move his hand after defendant tried to slam the slot close, defendant walked off, but came back and closed the tray slot.

15.) When Sgt Caudill made his rounds at 8:27AM Plaintiff stoped him and told the sgt that plaintiff needed to be seen by medical due to officer Chatt slamming the slot on plaintiff's left wrist.

16.) When Plaintiff spoke to sgt. Caudill about this incident the sgt had his body camara on so Plaintiff's request was recorded, and the sgt told Plaintiff that he would call and get medical but never did.

17.) Plaintiff also submitted an emergency grievance and L.T. Stacey responded to the emergency grievance stating that "the camara review does not show my hand In the slot. You can't see plaintiff's hand due to the fact of the big box in the trey feed up slot.

18.) L.T. Stacey says nothing about medical comming to see plaintiff or about how the camara review shows officer S Chatt trying to forcefully close the slot.

19.) Eeven though plaintiff request to be seen by medical, Plaintiff did not see a nurse untill 3:53 p.m at pillcall and the nurse told the plaintiff to put In a sickcall request about my left wrist.

20) Plaintiff sat In plaintiffs cell for (7) seven hours In pain. Plaintiff's left wrist was swollen and bruised and caused discomfort when moved.

21) Plaintiff did not see sickcall until June between the 10th and 15th. Plaintiff was seen by the doctor before this but when plaintiff brought this matter to the doctor's attention he told plaintiff to fucus on my upcoming back surgery.

22) It took a few days for the swelling to go down and for the plaintiff to be able to put any type of pressure on his left wrist and the date of this was June 16, 2024

## Prayer For Relief

23) Plaintiff request an order declaring that the defendant caused injury to plaintiff's left wrist which violated plaintiff Eighth Amendment right whit cruel and unusual punishment, by the use of excessive force.

24) Plaintiff asks the Court to reward plaintiff relief, Mental Anguish Emotional Distress and physical injuries in the amount of $200,000.00 Two Hundred Thousand Dollars and to be transferred out of the Western District.

Aug. 6. 2024

Respectfully submitted

Gifford Lu #1937321

1-3-25

[Notary seal: DAVID GARDNER, NOTARY PUBLIC, REG. #00276199, MY COMMISSION EXPIRES 3/31/2028, COMMONWEALTH OF VIRGINIA]

Notary

Gilford Lee 19373
Red Onion State Prison
P.O. Box 970
Pound, Virginia, 24279

VA DEPTARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS

RECEIVED
DATE
JAN 24 2025
MAILROOM

Clerk's Office
Virginia Western Dis
210 Franklin Rd. SW
Roanoke V.A. 240




trict court
. Suite 540
)11

**RECEIVED**

FEB 06 2025

USDC Clerk's Office
Mail Room