Gilford Lee #193732l
P.O. Box 970
Pound, Va 24279
Jan. 5, 2025
Re: Refiling Complaint. ect.

Clerks Office
Virginia Western District Court
210 Franklin Rd. SW, Suite 540
Roanoke Va. 24011

Dear Sir/Madam,

I write to your office due to the fact that at this time I would like to refile this complaint. I filed this complaint back in August of 2024, but I was told by your office that, this complaint Is not pending. According to my certified mail receipt #9589 0710 5270 0339 4739 54 or #9589 0710 5270 0339 4759 27, according to one of these tracking numbers It was signed by Mrs. Piff on 8-8-24 and 7-16-24. But at this time I would like for your office to put this complaint on your dockett and file as well. Also I would like to appear In person or by video for all hearings concerning this

Complaint. If your office has any questions I could be reached at the above address.

Thank you.
Mr. Lee.

C.C. File